FILED
2024 Jul-24 PM 01:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

SUPER 8 WORLDWIDE, INC., formerly known as
SUPER 8 MOTELS, INC., a South Dakota Corporation,

    *Plaintiff*

v.

GURU INVESTMENT, LLC, a Tennessee Limited Liability Company;
ASHWIN KUMAR PATEL, an individual; MUKESH KUMAR PATEL,
an individual; and SANKABHAI PATEL, an individual,

    *Defendant*

Civil Action No. 13-cv-4374(JLL)(MAH)

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __11/04/2013__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __5/15/2024__

CLERK OF COURT

*Angela DePasquale*
Signature of Clerk or Deputy Clerk

☙AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY _____

## EXEMPLIFICATION CERTIFICATE

I, __MELISSA E. RHOADS__, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

ORDER granting 11 MOTION for Default Jgm.; DEFAULT JUDGMENT in the sum of $213,823.84 in favor of pltf., SUPER 8 WORLDWIDE, INC. against defts., GURU INVESTMENT, LLC, ASHWIN KUMAR PATEL, MUKESH KUMAR PATEL, SANKABHAI PATEL

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at NEWARK on 4/4/2024

*City*  *Date*

__Melissa E. Rhoads__          __Angela DePasquale__
Clerk                                  (By) Deputy Clerk

I, __MADELINE COX ARLEO, USDJ__, a Judicial Officer of this Court, certify that __MELISSA E. RHOADS__, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

__4/4/24__                        __[signature]__
Date                              Signature of Judge

THE HONORABLE MADELINE COX ARLEO USDJ
Title

I, __MELISSA E. RHOADS__, Clerk of this United States District Court, keeper of the seal, certify that the Honorable __MADELINE COX ARLEO, USDJ__,
Judge

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at NEWARK in this State, on 4/4/2024

*City*                                   *Date*

__Melissa E. Rhoads__          __Angela DePasquale__
Clerk                                  (By) Deputy Clerk

Case 2:24-mc-00994-LSC   Document 1   Filed 07/23/24   Page 3 of 4
Case 2:13-cv-04374-MCA-MAH   Document 12   Filed 11/04/13   Page 1 of 2 PageID: 234
Case 2:13-cv-04374-JLL-MAH   Document 11-1   Filed 10/04/13   Page 1 of 2 PageID: 128

CLYDE & CO US LLP
200 Campus Drive
Suite 300
Florham Park, N.J. 07932-0950
(973) 210-6700
Attorneys for Plaintiff, Super 8 Worldwide, Inc., formerly known as Super 8 Motels, Inc.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPER 8 WORLDWIDE, INC., formerly known as SUPER 8 MOTELS, INC., a South Dakota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GURU INVESTMENT, LLC, a Tennessee Limited Liability Company; ASHWIN KUMAR PATEL, an individual; MUKESH KUMAR PATEL, an individual; and SANKABHAI PATEL, an individual,<br><br>Defendants. | Civil Action No. 13-cv-4374(JLL)(MAH)<br><br>**FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by plaintiff, Super 8 Worldwide, Inc., formerly known as Super 8 Motels, Inc. ("SWI"), by its attorneys, Clyde & Co US LLP, seeking the entry of final judgment by default against defendants, Guru Investment, LLC, Ashwin Kumar Patel, Mukesh Kumar Patel and Sankabhai Patel (collectively "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Verified Complaint in this matter was filed on July 18, 2013, seeking damages as a result of the breach of a franchise agreement between SWI and Defendants, and service of a copy of the Verified Complaint having been effectuated with respect to defendants Guru Investment, LLC and Ashwin Kumar Patel by serving them in Sevierville, Tennessee on August 9, 2013; and service of a copy of the Verified Complaint having been effectuated with respect to defendants Mukesh Kumar Patel and Sankabhai Patel by serving them via regular and certified mail

Case 2:24-mc-00994-LSC   Document 1   Filed 07/23/24   Page 4 of 4
Case 2:13-cv-04374-MCA-MAH   Document 12   Filed 11/04/13   Page 2 of 2 PageID: 235
Case 2:13-cv-04374-JLL-MAH   Document 11-1   Filed 10/04/13   Page 2 of 2 PageID: 129

on August 26, 2013; and Defendants having failed to Answer or otherwise respond to the Verified Complaint; and it appearing that default was duly noted by the Clerk of the Court against defendants Guru Investment, LLC and Ashwin Kumar Patel on September 19, 2013 for their failure to plead or otherwise defend this action; and it appearing that default was duly noted by the Clerk of the Court against defendants Mukesh Kumar Patel and Sankabhai Patel on September 24, 2013 for their failure to plead or otherwise defend this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this __4__ day of __November__, 2013,

**ORDERED, ADJUDGED AND DECREED** that SWI have judgment against Defendants in the total amount of $213,823.84 comprised of the following:

(a) $51,680.52 for Recurring Fees (principal plus prejudgment interest);

(b) $156,928.32 for liquidated damages (principal plus prejudgment interest); and

(c) $5,215.00 for attorneys' fees and costs.

_____
HONORABLE JOSE L. LINARES, U.S.D.J.

I hereby attest and certify on 4/4/24 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

Angela DePasquale
DEPUTY CLERK